IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

PEARSON EDUCATION, INC.,

        Plaintiff,                  No. 2:12-cv-02936-KJM-CKD

   vs.

MAMOON "MIKE" ALAHMAD,
et al.,

        Defendants.             ORDER

_____/

      Attorney Breyon Davis has moved to withdraw as counsel for defendant Zeina Sidaqui, sued as an individual and d/b/a Koogix.  (ECF 21.)  No opposition has been filed to Davis's motion.  Under Local Rule 182(d), an attorney who seeks to withdraw as counsel must give notice to the client, act in conformance with California's Rules of Professional Conduct, and obtain leave of court.  Davis filed a declaration with the court stating that she has given notice to Sidaqui of her motion to withdraw.  (ECF 22.)  On May 24, 2013, the court held a hearing in camera during which Davis explained how the reasons for her motion to withdraw conform to the Rules of Professional Conduct.  Because Davis has met the requirements of Local Rule 182(d), the court GRANTS Davis's motion.

      IT IS SO ORDERED.

DATED: May 28, 2013.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE