CANDICE L. FIELDS (CA SBN 172174)
CANDICE FIELDS LAW
455 Capitol Mall, Suite 350
Sacramento, CA 95814
Tel: (916) 414-8050
Fax: (916) 790-9450
cfields@candicefieldslaw.com

Attorney for Defendants
ZEINA SIDAQUI, MAMOON "MIKE" ALAHMAD and
MAJDOLENE QASIM


MICHAEL STUSIAK (CA SBN 142952)
MStusiak@mofo.com
ROBERT PETRAGLIA (CA SBN 264849)
RPetraglia@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California  95814-4428
Telephone: 916.448.3200
Facsimile: 916.448.3222

Attorneys for Plaintiff
PEARSON EDUCATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARSON EDUCATION, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAMOON "MIKE" ALAHMAD, ZEINA SIDAQUI, and MAJDOLENE QASIM as individuals and d/b/a KOOGIX, KOOGIX BOOKS, MOTIONS, ZUZBOOKS, BO0OKIES, BOOKIES, SELLER BOOKS and INSTRUCTORS BOOKS; BOA CORPORATION, a Wyoming Corporation; DOES 1 through 100,<br><br>Defendants. | Case No.   2:12-cv-02936-KJM-CKD<br><br>**STIPULATED JUDGMENT – ZEINA SIDAQUI**<br><br>Crtrm: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

1  Plaintiff PEARSON EDUCATION, INC. (Plaintiff), by and through its attorney of record, and Defendant ZEINA SIDAQUI ("Defendant") hereby stipulate and agree that judgment in this matter shall be entered in favor of Plaintiff and against Defendant as follows:

Defendant is hereby enjoined from selling or distributing any product published, manufactured, sold, or distributed by Pearson Education Inc.; or facilitating, aiding, or directing the sale or distribution, or receiving any payments derived directly or indirectly from the sale or distribution, of any product published, produced or distributed by Pearson Education Inc.  Said products shall include, but not be limited to, any textbook, book, pamphlet, book sample, promotional material, and software.

Defendant is hereby enjoined from representing explicitly or implicitly that she or any co-defendant are or have ever been agents or employees of Pearson or any Pearson affiliate or subsidiary.  Defendant shall be enjoined from distributing or selling any Pearson branded promotional materials.

Plaintiffs are hereby awarded the sum of one million, nine hundred thousand dollars ($1,900,000.00) against Defendant for fraud, breach of contract, and violation of California Business & Professions Code Section 17200.

Defendant hereby waives any right to contest, appeal, modify or seek reduction of the Damages Award.

IT IS SO STIPULATED.

Dated:  September 24, 2013   MICHAEL STUSIAK
ROBERT PETRAGLIA
MORRISON & FOERSTER LLP

By:   /s/ Michael Stusiak
          MICHAEL STUSIAK

Attorneys for Plaintiff
PEARSON EDUCATION, INC.

Dated: September 24, 2013   CANDACE L. FIELDS
CANDICE FIELDS LAW

By:   /s/ Candice L. Fields
          (as authorized on 9/24/13)

CANDICE L. FIELDS
Attorney for Defendant
ZEINA SIDAQUI

## ORDER

Good Cause appearing based on the stipulation of the parties,

IT IS SO ORDERED.

Dated: September 27, 2013.

_____
UNITED STATES DISTRICT JUDGE