1  CANDICE L. FIELDS (CA SBN 172174)
   CANDICE FIELDS LAW
2  455 Capitol Mall, Suite 350
   Sacramento, CA 95814
3  Tel: (916) 414-8050
   Fax: (916) 790-9450
4  cfields@candicefieldslaw.com

5  Attorney for Defendants
   ZEINA SIDAQUI, MAMOON "MIKE" ALAHMAD and
6  MAJDOLENE QASIM

7

   MICHAEL STUSIAK (CA SBN 142952)
8  MStusiak@mofo.com
   ROBERT PETRAGLIA (CA SBN 264849)
9  RPetraglia@mofo.com
   MORRISON & FOERSTER LLP
10 400 Capitol Mall, Suite 2600
   Sacramento, California  95814-4428
11 Telephone: 916.448.3200
   Facsimile: 916.448.3222
12
   Attorneys for Plaintiff
13 PEARSON EDUCATION, INC.

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| PEARSON EDUCATION, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAMOON "MIKE" ALAHMAD, ZEINA SIDAQUI, and MAJDOLENE QASIM as individuals and d/b/a KOOGIX, KOOGIX BOOKS, MOTIONS, ZUZBOOKS, BO0OKIES, BOOKIES, SELLER BOOKS and INSTRUCTORS BOOKS; BOA CORPORATION, a Wyoming Corporation; DOES 1 through 100,<br><br>Defendants. | Case No.   2:12-cv-02936-KJM-CKD<br><br>**STIPULATED JUDGMENT – MAJDOLENE QASIM**<br><br>Crtrm: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

Plaintiff PEARSON EDUCATION, INC. (Plaintiff), by and through its attorney of record, and Defendant MAJDOLENE QASIM ("Defendant") hereby stipulate and agree that judgment in this matter shall be entered in favor of Plaintiff and against Defendant as follows:

Defendant is hereby enjoined from selling or distributing any product published, manufactured, sold, or distributed by Pearson Education Inc.; or facilitating, aiding, or directing the sale or distribution, or receiving any payments derived directly or indirectly from the sale or distribution, of any product published, produced or distributed by Pearson Education Inc.  Said products shall include, but not be limited to, any textbook, book, pamphlet, book sample, promotional material, and software.

Defendant is hereby enjoined from representing explicitly or implicitly that she or any co-defendant are or have ever been agents or employees of Pearson or any Pearson affiliate or subsidiary.  Defendant shall be enjoined from distributing or selling any Pearson branded promotional materials.

Plaintiffs are hereby awarded the sum of one million, nine hundred thousand dollars ($1,900,000.00) against Defendant for fraud, breach of contract, and violation of California Business & Professions Code Section 17200.

Defendant hereby waives any right to contest, appeal, modify or seek reduction of the Damages Award.

IT IS SO STIPULATED.

Dated:  September 24, 2013

MICHAEL STUSIAK
ROBERT PETRAGLIA
MORRISON & FOERSTER LLP

By:   /s/ Michael Stusiak
      MICHAEL STUSIAK

Attorneys for Plaintiff
PEARSON EDUCATION, INC.

Dated: September 24, 2013

CANDACE L. FIELDS
CANDICE FIELDS LAW

By:   /s/ Candice L. Fields
      (as authorized on 9/24/13)

CANDICE L. FIELDS
Attorney for Defendant
MAJDOLENE QASIM

**ORDER**

Good Cause appearing based on the stipulation of the parties,

IT IS SO ORDERED.

Dated:  September 27, 2013.

_____
UNITED STATES DISTRICT JUDGE